UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

BATTLECREEK PROPERTIES, LLC and
ZUCCA MIAMI, CORP.
    Defendants.

Case No: 22-cv-22223-BB

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, BATTLECREEK PROPERTIES, LLC and ZUCCA MIAMI, CORP., by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ George E. McArdle
George E. McArdle (FBN: 636400)
  *Attorney for Defendants*
McArdle, Perez & Franco PL
255 Alhambra Cir., Ste. 925
Coral Gables, FL 33134
(305) 442-2214
GMcArdle@MCPer.com