UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-22223-BLOOM/Otazo-Reyes**

AMIN LAKHANI,

    Plaintiff,

v.

BATTLECREEK PROPERTIES, LLC,
and ZUCCA MIAMI, CORP.,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement in Principle, ECF No. [21], filed on September 19, 2022, indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 19, 2022.

                                                                      _____
                                                                      BETH BLOOM
                                                                       UNITED STATES DISTRICT JUDGE

cc: Counsel of Record